IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50351
Conference Calendar

_____

DIANE HUBERT,

                                        Plaintiff-Appellant,
                                        Cross-Appellee

versus

UNITED VAN LINES; ARMSTRONG MOVING
AND STORAGE, INC.,

                                        Defendants-Appellees.
                                        Cross-Appellants

- - - - - - - - - -
Appeals from the United States District Court
for the Western District of Texas
USDC No. SA-92-CA-1034
- - - - - - - - - -
February 24, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

        Diane Hubert appeals the district court's decision in a
civil bench trial on the grounds that her attorney did not
sufficiently present evidence to the court.  There is no
constitutional right to counsel in a civil trial.  <u>Sanchez v.
United States Postal Serv.</u>, 785 F.2d 1236, 1237 (5th Cir. 1986).

---

        [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

The appeal is frivolous.  We need not address the issue raised on cross-appeal.

Hubert's motion for appointment of counsel and her motion to supplement the record are DENIED.

DISMISSED AS FRIVOLOUS.  See 5th Cir. R. 42.2